```
 1                  UNITED STATES BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF NEW YORK
 2

 3   ---------------------------------------X
                                            :  10-23916 (RDD)
 4   In Re:                                 :
                                            :  300 Quarropas Street
 5        JEFFREY J. FORTUNATO and          :  White Plains, New York
          ELIZABETH M. FORTUNATO,           :
 6                                          :  March 12, 2014
                   Debtors.                 :
 7   ---------------------------------------X

 8            TRANSCRIPT OF MOTION FOR CONTEMPT FILED BY
            MICHAEL H. SCHWARTZ; MOTION FOR CONTEMPT
 9        TO HOLD JP MORGAN CHASE BANK, NA FOR FAILING TO
                   COMPLY WITH RULE 3002.1(b)
10           BEFORE THE HONORABLE ROBERT D. DRAIN
                 UNITED STATES BANKRUPTCY JUDGE
11

12   APPEARANCES:

13   For the Debtor:          MICHAEL SCHWARTZ, ESQ.
                              Michael H. Schwartz, PC
14                            One Water Street
                              White Plains, New York 10601
15

16
     For JP Morgan Chase:     PATRICK D. FLEMING, ESQ.
17                            Morgan, Lewis & Bockius
                              101 Park Avenue
18                            New York, New York 10178

19

20   Court Transcriber:       SHARI RIEMER
                              TypeWrite Word Processing Service
21                            211 N. Milton Road
                              Saratoga Springs, New York 12866
22

23

24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

1   (Proceedings began at 10:37 a.m.)
2           THE CLERK: <u>Jeffrey and Elizabeth Fortunato</u>.
3           MR. SCHWARTZ:  Good morning, Michael Schwartz on
4   behalf of the debtors.
5           MR. FLEMING:  Good morning, Your Honor.  Patrick
6   Fleming, Morgan, Lewis & Bockius on behalf of JP Morgan Chase
7   Bank.
8           MR. SCHWARTZ:  I'd like to ask for a short
9   adjournment on my motion so I can respond to the [inaudible]
10  March 5th if that's okay with the court.  Nothing to happen in
11  the interim.
12          THE COURT: Well, I guess that's fine.  No one
13  attached the underlying loan modification.  So we went back
14  and got it from the attachment to the order and I did want to
15  give you all a couple of thoughts on it because I think you
16  all should be able to work this out depending on the answers
17  to my questions.
18          It appears to me that first, that loan modification
19  was signed by the debtors and it was attached to the order
20  that I entered and put on the docket and I was able to get it
21  immediately and your predecessor counsel would have gotten
22  automatic notification on it.  So the idea that Chase didn't
23  have the final modification is silly.
24          On the other hand, the modification acknowledges
25  that the tax escrow may change.  So I think that if what the

3

1  Fortunatos are saying is that the payment is set in stone
2  under the deal that's really not correct.  If the local taxing
3  authority raised their taxes and there's a new -- tax escrow
4  then that will change the numbers.
5         Finally, it appears to me that it was entirely
6  unclear and probably Chase's fault for sending the bills the
7  way it did and that I think is the reason for the insurance
8  getting screwed up.  So I don't see a particularly good basis
9  for the debtors having to be responsible for even the
10 insurance, the new insurance.  I don't know.  Is the insurer
11 an affiliate of Chase?
12         MR. FLEMING:  Yes.  On that point, Your Honor, we've
13 already retroactively [inaudible] given the [inaudible].
14         THE COURT: And going forward too.  That's fine.
15 That was one of my questions.  I thought that's what your
16 reply said but I just wanted to make sure of that.
17         MR. FLEMING:  I'm not -- I don't [inaudible] I just
18 haven't seen that [inaudible] asking for is an accounting.
19 [Inaudible] would be [inaudible].
20         THE COURT: That's fair.  So you guys probably should
21 set up a call --
22         MR. FLEMING: That would be great.
23         THE COURT:  -- to go through that and I guess --
24 again, I know there was an increase in the payment in I guess
25 the next to last bill or the most recent bill.  If a portion

4

1  of that -- if all or a portion of that increase is
2  attributable to changed taxes then I think your clients are
3  going to have to pay it.
4          MR. FLEMING: I appreciate that.  I just don't
5  think -- if anything [inaudible].
6          THE COURT: So I think an adjournment makes sense.
7  You all should talk about what the current state of the bill
8  is going forward that these people have to pay.
9          As far as the sanction is concerned, I don't think
10 it's really a contempt sanction.  I think it's a sanction
11 under the rule itself, 3002.1, and frankly I think Chase has
12 taken care of most if not all of the issues or will take care
13 of them from what I'm hearing about it.  So for me that's --
14 the only sanction I would consider at this point would be some
15 reasonable amount of attorney's fees to get to that point.
16         MALE VOICE: [Inaudible]
17         THE COURT: So maybe you can talk about that.  I'm
18 not looking for any sort of punitive sanction or anything like
19 that.
20         MR. SCHWARTZ: I'm not either.
21         THE COURT: So we'll adjourn this to April 23.  Will
22 that give you all time to go through that?
23         MR. SCHWARTZ: I would think so.
24         THE COURT: All right.  There are not a lot of cases
25 on this rule yet but there's a pretty good one or more than a

```
                                                                    5
 1   pretty good one.  There's an instructive one from a judge in
 2   Chicago, 491 B.R. 886, In re: Tollios.
 3   (Proceedings concluded at 10:45 a.m.)
 4                            * * * * *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              6
 1      I certify that the foregoing is a court transcript from
 2 an electronic sound recording of the proceedings in the above-
 3 entitled matter.
 4
 5                              _____
 6                                      Shari Riemer
 7 Dated:  April 28, 2014
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```